**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 455 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANTHONY HAMILTON, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

　　　**AND NOW**, this 12th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.